

ORDERED in the Southern District of Florida on October 12, 2010.

_____
Paul G. Hyman, Chief Judge
United States Bankruptcy Court

_____

-------------------------------------------------------------------------------------------------------------------

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In Re:

EUGENE MULLINS
JOYCE MULLINS                              CASE NO. 10-29568-PGH
                                           CHAPTER 13

Debtor(s)

_____/

**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**

THIS CAUSE came on for consideration at a hearing on October 8, 2010 upon Motion of Creditor, U.S. BANK, NATIONAL ASSOCIATION, seeking modification of the automatic stay (D.E. 18). For reasons stated orally and recorded in open Court, it is

ORDERED: The Motion for Relief from Automatic Stay be, and the same is, hereby granted. It is further

ORDERED: The Order Granting Relief Motion for Modification of Automatic Stay be, and the same is, hereby entered for the sole purpose of allowing Creditor to obtain an in-rem judgment against the property, to wit:

**LOT 38, BLOCK 12 A, PALM LAKE PARK SUBDIVISION, AS RECORDED IN PLAT BOOK 3, PAGE 41, OF THE PUBLIC RECORDS OF MARTIN COUNTY, FLORIDA.**

**A/K/A 903 NW 12TH TERRACE, STUART, FLORIDA 34994**

And any other remedies the Creditor may have under applicable non-bankruptcy law and that Movant shall not seek or obtain an in-personam judgment against the Debtor.

###

Daniel C. Consuegra is directed to serve copies of this order on the parties listed and file a certificate of service.

Copies furnished to:

U.S. BANK, NATIONAL ASSOCIATION
C/O DANIEL C. CONSUEGRA
9204 KING PALM DRIVE
TAMPA, FL 33619

EUGENE MULLINS
903 NW 12TH TERRACE
STUART, FL 34994

JOYCE MULLINS
903 NW 12TH TERRACE
STUART, FL 34994

COLIN LLOYD,ESQUIRE
302 SOUTH 2 STREET
FT. PIERCE, FL 34950

ROBIN R. WEINER, TRUSTEE
P.O. BOX 559007
FT. LAUDERDALE, FL 33355

UNITED STATES TRUSTEE
51 SOUTHWEST FIRST AVENUE, SUITE 1204
MIAMI, FL 33130